# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHARNETTA RANKINS o/b/o  :
CABRIA B. RANKINS,
                                                    :
    Plaintiff,
vs.                                                 :        CA 05-0704-WS-C

JO ANNE B. BARNHART,    :
Commissioner of Social Security,
                                                    :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 4, 2006 is **ADOPTED** as the opinion of this Court.

DONE and ORDERED this 31st day of August, 2006.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE