# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARNETTA RANKINS o/b/o<br>CABRIA B. RANKINS, | : | |
| | : | |
| Plaintiff, | | |
| vs. | : | CA 05-0704-WS-C |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying child's insurance benefits to Cabria Rankins be affirmed.

DONE and ORDERED this 31st day of August, 2006.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE